IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES CORMAN, ENERGY ALTERNATIVE STUDIES, INC. AND THE ENERGY ALTERNATIVE STUDIES INC. HEALTH AND WELFARE PLAN,**<br>Plaintiffs,<br><br>v.<br><br>**THE NATIONWIDE LIFE INSURANCE COMPANY,**<br>Defendant. | CIVIL ACTION<br><br>NO. 17-3912 |

# O R D E R

**AND NOW**, this 27th day of September, 2018, upon consideration of Defendant's Motion to Dismiss Plaintiffs' Complaint [ECF No. 10], Plaintiffs' Opposition to Defendant's Motion and Cross-Motion for Partial Summary Judgment [ECF No. 16], Defendant's Reply to Plaintiffs' Response to Motion to Dismiss and Response in Opposition to Plaintiffs' Motion for Partial Summary Judgment [ECF No. 20], Plaintiffs' Reply in Further Support of their Cross-Motion and Surreply in Opposition to Defendant's Motion [ECF No. 22], and Defendant's Surreply Memorandum of Law in Further Opposition [ECF No. 25], **IT IS ORDERED** that:

(1) Defendant's Motion to Dismiss is **GRANTED**; all claims in Plaintiffs' Complaint are **DISMISSED WITHOUT PREJUDICE**. Plaintiffs are given leave to file an Amended Complaint by **October 12, 2018**. If Plaintiffs fail to do so, the Complaint will be dismissed with prejudice.

(2) Plaintiffs' Motion for Partial Summary Judgment is **DENIED**.

BY THE COURT:

/s/ Wendy Beetlestone

_____
**WENDY BEETLESTONE, J.**