# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES CORMAN, ENERGY ALTERNATIVE STUDIES, INC. AND THE ENERGY ALTERNATIVE STUDIES INC. HEALTH AND WELFARE PLAN,**<br>Plaintiffs,<br><br>v.<br><br>**THE NATIONWIDE LIFE INSURANCE COMPANY,**<br>Defendant. | CIVIL ACTION<br><br>NO. 17-3912 |

## O R D E R

**AND NOW**, this 11th day of July, 2019, upon consideration of Defendant's Motion to Dismiss and briefing in support thereof (ECF No. 33), Plaintiffs' Response in Opposition (ECF No. 36), Defendant's Reply (ECF No. 38), this Court's Order to Show Cause (ECF No. 39), and the parties' respective responses to that Order (ECF Nos. 40 & 41), **IT IS ORDERED** that Defendant's Motion is **DENIED**.

                                           **BY THE COURT:**

                                           **/S/WENDY BEETLESTONE, J.**

                                           _____
                                           **WENDY BEETLESTONE, J.**