IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES CORMAN, ENERGY ALTERNATIVE STUDIES, INC. AND THE ENERGY ALTERNATIVE STUDIES INC. HEALTH AND WELFARE PLAN,<br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>THE NATIONWIDE LIFE INSURANCE COMPANY,<br>　　　　　　Defendant. | CIVIL ACTION<br><br><br><br><br>NO. 17-3912 |

## O R D E R

**AND NOW**, this 26th day of July, 2022, upon consideration of Plaintiffs' Motion for Partial Summary Judgment (ECF No. 78), Defendant's Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Motion (ECF Nos. 84-85), Plaintiffs' Brief in Opposition to Defendant's Motion and in Support of its Motion (ECF No. 88-89), Defendant's Reply Brief in Further Support of its Motion (ECF No. 91), and the Parties' Joint Appendix in support of their Motions (ECF No. 94), **IT IS HEREBY ORDERED** as follows:

1. Plaintiffs' Motion is **GRANTED** as to their Section 1132(a)(2) ERISA claim premised on the purported 2002 change of policy ownership.

2. Defendant's Motion is **GRANTED** as to Plaintiffs' RICO Claims under 18 U.S.C. § 1962(c), which claims are **HEREBY DISMISSED**.

3. The Parties' Motions are **DENIED** in all other respects.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**